COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Harris County and Texas Commission on Environmental Quality
                         v. International Paper Company

Appellate case number:   01-15-00354-CV

Trial court case number: 2011-76724

Trial court:             295th District Court

In response to Appellants' motion for an extension of time to file motions for rehearing and en banc reconsideration, the deadline to file such motions was extended to December 5, 2016. If a motion is not timely filed, this Court will lose plenary power on that date. *See* TEX. R. APP. P. 19.1 With this in mind, the Court requests the following:

1.     Appellants are requested to inform the Court no later than **Friday, December 2 at noon**, whether they intend to file a motion for rehearing or en banc consideration by the applicable deadline (December 5);

2.     All parties are requested to file a response to the Amicus brief filed on behalf of McGinnes Industrial Maintenance Corp. on November 17, 2016. The responses, if any, should address all 12 of McGinnes's assertions of "inaccurate dicta" with (1) a stated position on whether the responding party agrees that the text of the memorandum opinion is inaccurate and (2) citation to the record to support that position. The responses, if any, should be no longer than ten pages in length and filed no later than **Monday, December 5, 2016**.

3.     To the extent plenary power is further extended and a party (or McGinnis) chooses to file a reply to any responsive pleading filed under this order, the reply, if any, will need to be filed no later than **Monday, December 12** and be no longer than five pages in length.

It is so ORDERED.


Judge's signature: <u>Harvey Brown</u>
        ☑ Acting individually   ☐ Acting for the Court


Date:  <u>November 29, 2016</u>